UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

    Plaintiff,

v.

SCOTT JONES, et al.,

    Defendants.

No. 2:18-cv-00912 AC P

ORDER

Plaintiff has filed two requests for an extension of time to file an in forma pauperis application, as well as two motions for preliminary injunction and a motion for help in which he requests that the court direct jail personnel to provide him with the paperwork necessary to complete his in forma pauperis application. ECF Nos. 3, 4, 5, 7, 8, 9. In all of his motions, plaintiff asserts that jail staff are not providing him with the necessary trust account statement in a timely manner. Id. The requests for preliminary injunction and request for help will be construed as additional motions for extension of time and plaintiff will be given an additional thirty days to file his completed application. Additionally, the Clerk of the Court will be directed to send a courtesy copy of this order to Lieutenant Ramos, who plaintiff states is responsible for processing his requests for the necessary paperwork.[1]

---

[1] Court records show that plaintiff currently has forty pending cases, some of which include a completed in forma pauperis application and some of which do not. At this stage, the court will

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for preliminary injunction (ECF Nos. 3, 4) and motion for assistance (ECF No. 8) are construed as motions for an extension of time to file an application to proceed in forma pauperis.

2. Plaintiff's motions for an extension of time (ECF Nos. 3, 4, 5, 8, 9) are granted.

3. Plaintiff is granted thirty days from the service of this order in which to file a completed in forma pauperis application.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

5. The Clerk of the Court shall serve a courtesy copy of this order on Lieutenant Ramos at the Sacramento Main Jail, 651 I Street, Sacramento, CA 95814.

DATED: June 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

assume that any delays are a result of either the volume of plaintiff's requests or confusion surrounding which of plaintiff's numerous cases still require completed applications.